RAMIN R. YOUNESSI (SBN 175020)
E-mail: ryounessi@younessilaw.com
LILIUOKALNI H. MARTIN (SBN 292778)
E-mail: lmartin@younessilaw.com
LAW OFFICES OF RAMIN R. YOUNESSI
A PROFESSIONAL LAW CORPORATION
3435 Wilshire Boulevard, Suite 2200
Los Angeles, California 90010
Telephone: (213) 480-6200
Facsimile: (213) 480-6201

Attorneys for Plaintiff
ANGEL LEON

Miranda R. Watkins (SBN 279708)
E-mail: mwatkins@fisherphillips.com
FISHER & PHILLIPS LLP
4747 Executive Drive, Suite 1000
San Diego, California 92121
Telephone: (858)597-9600
Facsimile: (858)597-9601

Attorney for Defendant
Graphic Packaging International, LLC
(Erroneously Sued and Served as "International Paper Company, Inc. dba International Paper")

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL LEON, an individual,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>INTERNATIONAL PAPER COMPANY, INC., D/B/A INTERNATIONAL PAPER, a New York corporation; VINCE WILSON, an individual; and DOES 1 through 20, inclusive,<br><br>　　　　　Defendants. | Case No.: 1:18-cv-01323-DAD-BAM<br><br>**JOINT STIPULATION REGARDING PLAINTIFF'S VOLUNTARY DISMISSAL OF NAMED DEFENDANT VINCE WILSON; AND ORDER** |

-1-

**WHEREAS**, on January 30, 2018, Plaintiff filed his Complaint in the Tulare County Superior Court, Case No. VCU272527, naming International Paper Company, Inc., dba International Paper and Vince Wilson as defendants;

**WHEREAS**, Defendants have provided Plaintiff with evidence which supports a dismissal of Defendant Vince Wilson from this Action;

**WHEREAS**, Plaintiff filed a Request for Dismissal of Defendant Vince Wilson in the Tulare County Superior Court. On August 29, 2018, the court entered the dismissal as requested.

**WHEREAS**, on September 25, 2018, Defendant Graphic Packaging, LLC (sued and served as "International Paper Company Inc. dba International Paper") filed its Notice to State Court of Removal of Action to Federal Court.

**WHEREAS**, on January 29, 2019, the Court requested clarification as to whether Plaintiff intended to proceed with an action against Defendant Vince Wilson.

**WHEREAS**, counsel for Plaintiff and Defendants have met and conferred regarding the merits of Plaintiff's claims against Defendant Vince Wilson. The Parties which to economically dispose of claims without the need for costly motion practice, further discovery, potential cross-claims, etc;

**THEREFORE**, the Parties hereby stipulate to the following:

1. Plaintiff dismisses Defendant Vince Wilson without prejudice, in exchange for mutual waivers of fees and costs to date.
2. Defendant Graphic Packaging, LLC (sued and served as "International Paper Company Inc. dba International Paper") is aware of and consents to this joint stipulation, but will remain a named Defendant in this Action, otherwise unaffected by this joint stipulation.

**IT IS SO STIPULATED.**

Dated: February 27, 2019

Respectfully submitted,

LAW OFFICES OF RAMIN R. YOUNESSI, APLC

By  /S/
RAMIN R. YOUNESSI
LILIUOKALANI H. MARTIN

Attorneys for ANGEL LEON

FISHER & PHILLIPS LLP

By  /S/
MIRANDA R. WATKINS

Attorneys for Graphic Packaging International, LLC (Erroneously Sued and Served as "International Paper Company, Inc. dba International Paper") and Vince Wilson

## **ORDER**

In light of the parties' stipulation that Defendant Vince Wilson has been dismissed without prejudice, Plaintiff Angel Leon's action <u>only</u> against Defendant Vince Wilson is terminated by operation of law without further order from the Court. Fed. R. Civ. P. 41(a)(1)(A)(ii). The caption for this case should reflect that this action proceeds only against Defendant Graphic Packaging, LLC (sued and served as "International Paper Company Inc. dba International Paper") and no longer proceeds against Defendant Vince Wilson. The Clerk of the Court is directed to update the docket accordingly and **not** close this action.

IT IS SO ORDERED.

Dated: **February 28, 2019**   /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE