UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL LEON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL PAPER COMPANY INC., D/B/A INTERNATIONAL PAPER, a New York corporation; VINCE WILSON, an individual; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 1:18-cv-01323-DAD-BAM<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE DISCOVERY CUT-OFF**<br><br>(Doc. No. 18) |

Good cause appearing, the parties' joint stipulation to continue the discovery deadlines in this action is GRANTED. The deadline to complete all non-expert discovery is continued from January 29, 2020 to **April 29, 2020**, and the deadline to complete all expert discovery is continued from April 17, 2020, to **July 16, 2020**.
IT IS SO ORDERED.

Dated: __December 17, 2019__   /s/ Barbara A. McAuliffe _
UNITED STATES MAGISTRATE JUDGE

1