UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL LEON,<br><br>        Plaintiff,<br><br>    v.<br><br>INTERNATIONAL PAPER COMPANY INC., D/B/A INTERNATIONAL PAPER, et al.,<br><br>        Defendants. | Case No. 1:18-cv-01323-DAD-BAM<br><br>**ORDER GRANTING JOINT STIPULATION TO MODIFY SCHEDULING ORDER**<br><br>(Doc. No. 23) |

Currently before the Court is the parties' Joint Stipulation to Continue Discovery Cut-Off and Expert Disclosure Dates. (Doc. No. 23.) Pursuant to the stipulation of the parties, and good cause appearing, the Court GRANTS the request to modify the Scheduling Order. To accommodate the Court's calendar as well as the availability of judges to decide this case, and in light of the Standing Order issued by District Judge Dale A. Drozd (Doc. No. 22), IT IS HEREBY ORDERED that the Scheduling Order in this action is modified as follows:

| | |
|---|---|
| Expert Disclosure,<br>Including Deadline for<br>Reports for Retained Experts<br>(Fed. R. Civ. P. 26(a)(2)(B)): | **July 14, 2020** |
| Supplemental Expert<br>Disclosure: | **July 28, 2020** |

1

| | | |
|---|---|---|
| 1 | Non-Expert<br>Discovery Cutoff: | July 14, 2020 |
| 2 | Expert Discovery<br>Cutoff: | August 6, 2020 |
| 3 | Pretrial Motion<br>Filing Deadline: | August 13, 2020 |
| 4 | Pretrial Conf: | **January 25, 2021**<br>**1:30 p.m.**<br>**Dept 5 (DAD)** |
| 5 | Jury Trial:<br>**(10-12 days est.)** | **March 30, 2021**<br>**8:30 a.m.**<br>**Dept 5 (DAD)** |

The Court notes that this is the parties' second stipulation to modify the Scheduling Order with respect to the deadlines for completion of non-expert discovery and expert discovery. (Doc. Nos. 18, 20.) Further, the parties' stipulation was filed after the deadlines for expert disclosure and supplemental expert disclosure had lapsed. (*See* Doc. Nos. 13, 20.) The Local Rules require counsel to seek to obtain a necessary extension from the Court as soon as the need for the extension becomes apparent. L.R. 144(d). Any future requests for Court-approved extensions brought on or after the applicable deadline will be looked upon with disfavor. *Id.* The parties are additionally cautioned that further modifications of the Scheduling Order will not be granted absent a demonstrated showing of good cause. Fed. R. Civ. P. 16(b). Good cause may consist of the inability to comply with court orders in light of the COVID-19 pandemic. Any such future difficulties should be explained.

IT IS SO ORDERED.

Dated: __March 25, 2020__   /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE